# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SOUTHEASTERN MATERIALS, INC | ) | |
| | ) | |
| PO BOX 279 | ) | |
| ALBEMARLE, NC 28002-0279 | ) | Case No. B-09-52606 C-7W |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| W. JOSEPH BURNS, TRUSTEE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MARIA D. DENNIS, | ) | Adv. No. 11-6037 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Consistent with the Memorandum Opinion entered contemporaneously herewith, it is hereby ORDERED that the Court can enter final judgements in none of the causes of action asserted by W. Joseph Burns against Maria D. Dennis (the "Defendant") in the Complaint.  The Court will submit proposed findings of fact and conclusions of law in the following claims:

    (1)    <u>First claim for relief</u>: fraudulent conveyances per 11 U.S.C. § 544(b) and N.C.G.S. § 39-23.4 to the Defendant

    (2)    <u>Second claim for relief</u>: fraudulent conveyances per § 548 to the Defendant